| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Manning, Julie A. | 2. Court or Organization  U.S. Bankruptcy Court, Connecticut | 3. Date of Report  08/12/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge--Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination      Date  ☐ Initial   ✔ Annual      ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States Bankruptcy Court, District of Connecticut
915 Lafayette Boulevard
1st Floor
Bridgeport, CT 06604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Pre 2000 | Shipman & Goodwin LLP Profit Sharing Retirement Plan (former law firm) with Vanguard |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manning, Julie A.** | 08/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▓▓▓▓▓▓▓▓▓▓ --salary and bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | 05/02/19 | Uncasville, Connecticut | Non-FJC Educational Seminar | Transportation |
| 2. | American Bankrupty Institute | 05/22/19 | New York, New York | Non-FJC Educational Seminar | Transportation |
| 3. | Judiciary | 05/23/19 | New Haven, Connecticut. | Chapter 7 Trustee retirement ceremony | Transportation |
| 4. | Judiciary | 06/5/19-6/7/19 | New Paltz, New York | Second Circuit Judiical Conference | Transportation, Lodging |
| 5. | Judiciary | 07/8/19-7/10/19 | New York, New York | FJC Educational Seminar | Transportation, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manning, Julie A.** | 08/12/2020 |

| | | | | |
|---|---|---|---|---|
| 6. American Bankruptcy Institute | 7/10/19-7/13/19 | Newport, Rhode Island | Non-FJC Educational Seminar | Transportation, Lodging |
| 7. Judiciary | 09/17/19 | New Haven, Connecticut | Connecticut Bar Association Event | Transportation |
| 8. Judiciary | 09/27/19 | Old Saybrook, Connecticut | US District Court Conference | Transportation |
| 9. Judiciary | 10/03/19 | Portland, Connecticut | Non-FJC Educational Seminar | Transportation |
| 10. Judiciary | 10/22/18 | Hartford, Connecticut | Court governance meeting | Transportation |
| 11. National Conference of Bankruptcy Judges | 10/30/19-11/1/19 | Washington, D.C. | Non-FJC Educational Seminar | Transportation, Lodging |
| 12. Judiciary | 11/15/19 | Hamden, Connecticut | US Bankruptcy Court Judges Meeting | Transportation |
| 13. Judiciary | 12/2/19 | Hartford, Connecticut | Court governance meeting | Transportation |
| 14. New York Institute of Credit | 12/09/19 | New York, New York | Non-FJC Educational Seminar | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manning, Julie A.** | 08/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manning, Julie A.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  People's United Bank accounts--2019 | B | Interest | N | T | | | | | |
| 2.  CHET 529 accounts 2019 | | | | | | | | | |
| 3.  --529 Principal Plus Interest Option- | B | Interest | J | T | | | | | |
| 4.  --529 Principal Plus Interest Option | | | | | Buy | 04/15/19 | J | | |
| 5.  --529 Principal Plus Interest Option | | | | | Sold | 07/11/19 | J | A | |
| 6.  --529 Principal Plus Interest Option | | | | | Sold | 12/11/19 | J | A | |
| 7.  --529 Principal Plus Interest Option- | A | Interest | J | T | | | | | |
| 8.  --529 Principal Plus Interest Option | | | | | Sold | 06/26/19 | J | A | |
| 9.  --529 Principal Plus Interest Option | | | | | Sold | 12/11/19 | J | A | |
| 10. Vanguard Account 2019 | | | | | | | | | |
| 11. --Vanguard Small -Cap Growth Index Fund | E | Int./Div. | M | T | | | | | |
| 12. --Retirement Savings Trust III | A | Interest | J | T | | | | | |
| 13. --Vanguard Selected Value Fund | F | Int./Div. | M | T | | | | | |
| 14. --Vanguard Target Retirement 2025 | E | Int./Div. | N | T | | | | | |
| 15. --Vanguard Wellington Admiral Fund | F | Int./Div. | N | T | | | | | |
| 16. --Vanguard Total Bond Market Index Fund | D | Int./Div. | M | T | | | | | |
| 17.  401(k) Savings Plan - 2019 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Manning, Julie A.** | 08/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --Met West Tot Bd Fd | B | Int./Div. | J | T | | | | | |
| 19.  --NT Coll. Agg. Bond Idx fnaVanguard Total Bond Market Investment Fund | A | Interest | J | T | | | | | |
| 20.  --Voya Stable Value Option | D | Int./Div. | M | T | | | | | |
| 21.  --Equity Index Non-Lendable Fund M, nka NT CollS&P 500 Idx Fund DC | D | Int./Div. | K | T | | | | | |
| 22.  --SSgA Russ Sm/Md Cap Index Fund nka NT Coll Ext Mkr Idx Fund DC | A | Int./Div. | J | T | | | | | |
| 23.  -- Voya Small Cap Opportunites nka Voya Small Cap Growth Tr 2 | D | Int./Div. | K | T | | | | | |
| 24.  --T Rowe Price Ins. Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 25.  Fidelity Rollover IRA - 2019 | | | | | | | | | |
| 26.  --Stocks-SPDR S&P 500 ETF Fund | D | Dividend | K | T | | | | | |
| 27.  --Stocks-United Parcel Service | C | Dividend | K | T | | | | | |
| 28.  --Mutual Funds-Pimco Total Return Investment Fund | B | Interest | K | T | | | | | |
| 29.  --Fidelity Cash Reserves (FDRXX) | D | Dividend | N | T | | | | | |
| 30.  --Fidelity Cash Reserves (FDRXX) | | | | | Buy | 10/24/19 | J | | |
| 31.  --Stocks-Amazon.com.inc | D | Dividend | J | T | | | | | |
| 32.  --Stocks-Amazon | | | | | Sold | 10/24/19 | K | D | |
| 33.  --Stocks--TG Theraputics | A | Int./Div. | J | T | Buy | 11/13/19 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Manning, Julie A.** | 08/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Manning, Julie A. | 08/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julie A. Manning**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544